On petitioner's reconsideration filed June 17, and respondent's response to reconsideration filed June 18, former opinion filed May 18 (52 Or App 233, 628 P2d 799), reconsideration allowed, former opinion adhered to July 20, 1981

In the Matter of the Compensation
of Paul E. Holstrom, Claimant.

HOLSTROM,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND
CORPORATION,
*Respondent.*

(No. 78-6918, CA 19382)

630 P2d 1347

Charles Paulson, Portland, for petition.

Darrell E. Bewley, Appellate Counsel, State Accident Insurance Fund Corporation, Salem, contra.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM.

**PER CURIAM.**

We adhere to our previous affirmance of this case, which was based upon our *de novo* assessment of the extent of claimant's disability.

Petition for reconsideration allowed, former opinion adhered to.